# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

CLAYTON T. LEE, )
 )
       Plaintiff, )
 )
v. ) Case No. CIV-17-362-KEW
 )
COMMISSIONER OF THE SOCIAL )
SECURITY ADMINISTRATION, )
 )
       Defendant. )

## J U D G M E N T

On this date, this Court entered its final order affirming the decision of the Administrative Law Judge. In accordance with the fourth sentence of 42 U.S.C. §405(g), Defendant is entitled to a judgment reflecting this Court's ruling.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant's decision denying benefits to Plaintiff is **AFFIRMED** pursuant to the fourth sentence of 42 U.S.C. §405(g).

IT IS SO ORDERED this 19th day of March, 2019.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE